3046, and the stay of briefing in this case is lifted.

It is further ordered that the clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.

**2013–2026. In re Review of Alternative Energy Rider Contained in Tariffs of Ohio Edison Co.** Public Utilities Commission, No. 11–5201–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave to intervene as appellee by the Office of the Ohio Consumers' Counsel, it is ordered by the court that the motion is granted.

## RECONSIDERATION OF PRIOR DECISIONS

**2013–1901. State v. Horton.**
Summit App. No. 26407, 2013-Ohio-3902. 
 Motion for reconsideration and to reinstate/reopen appeal granted. Appellee shall file a memorandum in response to jurisdiction within 30 days of the date of this entry.

## CASE ANNOUNCEMENT ·

*January 24, 2014*

[Cite as *01/24/2014 Case Announcements*, 2014-Ohio-220.]

## MOTION AND PROCEDURAL RULINGS

**2013–1552. Plassman v. Ohio Adult Parole Auth.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus.

Upon consideration of petitioner's motion for appointment of counsel, it is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2013–0810. State v. Beasley.**
Summit C.P. No. 12 01 0169 (A). This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0002. W. Third Bridge Bldg., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–1554, 2012–1555, and 2012–1556.

## CASE ANNOUNCEMENTS

*January 27, 2014*

[Cite as *01/27/2014 Case Announcements*, 2014-Ohio-242.]